UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMODA FULLER AHMED,

                              Plaintiff,

              -against-

CHUCK SHUMER, SENATOR,

                              Defendants.

23-CV-4724 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 27, 2023
         New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge